Wood *vs.* The Commissioners of Greene County.

Since the act of 1872, (Code, §1263) the county commissioner of education, and not the county treasurer, is the legal custodian of the school fund, from whatever source derived; and the county treasurer has no power to receive or disburse the same, and is entitled to no commissions thereon.

County matters. Schools. Before Judge Bartlett. Greene Superior Court. September Adjourned Term, 1877.

This case arose upon an execution issued against Wood, former county treasurer, by the county commissioners of Greene county, for $132.00 principal, with interest and costs, alleged to be due for funds illegally retained by him. He denied the indebtedness by affidavit of illegality.

The issue was submitted to the court upon an agreed statement of facts. The illegality was overruled and the execution ordered to proceed. To this Wood excepted.

The question of law made and decided sufficiently appears from the head-note and opinion.

J. A. BILLUPS, for plaintiff in error.

M. W. LEWIS & SON ; P. B. ROBINSON, for defendants.

BLECKLEY, Judge.

The true construction of the act of 1872 (Code, §1263), separates the county treasurer entirely from the school fund. He has nothing to do with it, no matter from what source it is derived. He is without power to receive or disburse it, and, of course, is entitled to no commissions upon it.

Judgment affirmed.